**E-filed 9/28/06**

1  THOMAS R. GREEN (State Bar No. 203480)
2  MEREDITH A. WALWORTH (State Bar No. 237738)
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105
4  Telephone: 415.442.1000
   Facsimile: 415.442.1001
5  E-mail: tgreen@morganlewis.com

6  Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | Edwin D. Wright, On Behalf of Himself | Case No. C 06-04368 HRL
   | and all Others Similarly Situated,    |
12 |                                        | **STIPULATION AND [PROPOSED]
   |                Plaintiff,              | ORDER EXTENDING TIME FOR
13 |                                        | DEFENDANT HEWLETT-PACKARD CO.
   |        vs.                             | TO ANSWER, MOVE OR OTHERWISE
14 |                                        | RESPOND TO COMPLAINT**
   | Hewlett-Packard Company,              |
15 |                                        |
   |                Defendant.              |
16

17

18     IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-

19 captioned matter, and by and between their undersigned counsel, that:

20     On July 17, 2006, Plaintiff filed a complaint in the United States District Court for the

21 Northern District of California to initiate the case <u>Edwin D. Wright, On Behalf of Himself and all

22 Others Similarly Situated v. Hewlett-Packard Co.</u>, Case No. C 06-04368 HRL (the "Complaint").

23     On August 7, 2006, the parties stipulated and agreed that Hewlett-Packard Company's

24 ("HP") deadline to answer, move or otherwise respond to the Complaint would be extended from

25 August 8, 2006 to August 28, 2006.

26     This extension of time will not negatively impact any hearings, conferences or other dates

27 that have been set by the Court.

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

1-SF/7399757.1                                                    CASE NO. C06-04368 HRL

The filer of this document attests that concurrence in the filing of this document has been obtained from the other signatory.

Dated: August 7, 2006        MORGAN, LEWIS & BOCKIUS LLP


By  ____/s/_____
    Thomas R. Green
    Attorneys for Defendant
    HEWLETT-PACKARD COMPANY

Dated: August 7, 2006        SCHUBERT & REED LLP


by  ____/s/_____
    Miranda P. Kolbe
    Attorney for Plaintiff
    EDWIN D. WRIGHT


[~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's time to answer, move or otherwise respond to the Complaint in this matter is extended to August 28, 2006.

        9/28/06
DATED:  ~~August ___,~~ 2006        _____
                                    Judge of the District Court