UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Edwin d. Wright, Individually and On Behalf
of All Others Similarly Situated

CASE NO. 06-cv-04368-JF

Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)   (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)*   Mediation_____

Selection of a mutually agreeable mediator is subject to further discussions among the parties.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline   Parties will confer regarding the scheduling of the mediation._____

Dated: 09/29/06

                                                   /s/
                                        Attorney for Plaintiff

Dated: 09/29/06

                                        Attorney for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filed 10/6/06**

Edwin d. Wright, Individually and On Behalf
of All Others Similarly Situated

        Plaintiff(s),

v.

HEWLETT-PACKARD COMPANY

        Defendant(s).

CASE NO. 06-cv-04368

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE)  (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
    ✓    Private ADR *(please identify process and provider)* Mediation

Selection of a mutually agreeable mediator is subject to further discussions among the parties.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline Parties will confer regarding the scheduling of the mediation.

Dated: 09/29/06

Dated: 09/29/06

_____
Attorney for Plaintiff

_____
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ✓ Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   To be determined later.

IT IS SO ORDERED.

Dated: 10/6/06

_____
Jeremy Fogel
UNITED STATES DISTRICT      JUDGE