| | |
|---|---|
| MICHAEL J. HOLSTON<br>ROBERT A. PARTICELLI<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>1701 Market Street<br>Philadelphia, PA 19103<br>Telephone: 215.963.5000<br>Facsimile: 215.963.5001<br>E-mail: mholston@morganlewis.com<br>E-mail: rparticelli@morganlewis.com | ROBERT C. SCHUBERT<br>JUDEN JUSTICE REED<br>MIRANDA P. KOLBE<br>**SCHUBERT & REED LLP**<br>Three Embarcadero Center, Suite 1650<br>San Francisco, CA 94111<br>Telephone: 415.788.4220<br>Facsimile: 415. 788.0161 |
| HOWARD HOLDERNESS<br>THOMAS R. GREEN<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>E-mail: hholderness@morganlewis.com<br>E-mail: tgreen@morganlewis.com | **E-filed 2/9/07** |

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| EDWIN D. WRIGHT, On Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | Case No. C06-04368<br><br>**STIPULATION AND PROPOSED ORDER REGARDING SCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Judge:   Honorable Jeremy Fogel<br>Dept:    Courtroom 3<br>Trial Date: Not Yet Set |

WHEREAS, a case management conference is currently scheduled in this action to be held on February 23, 2003, at 10:30 a.m.;

WHEREAS, the parties have agreed to enter into mediation with Antonio Piazza in an attempt to settle this action on April 18, 2007; and

CASE NO. C-06-04368 (JF)

1  WHEREAS counsel for the parties agree that judicial economy would, as a consequence, be promoted by taking the February 23, 2007 case management conference off calendar and scheduling a case management conference to be held on May 4, 2007 at 10:30 a.m.;

NOW, THEREFORE, the parties, through their counsel of record, hereby stipulate and request the Court order as follows:

1. The case management conference currently set for February 23, 2007, shall be taken off calendar and a case management conference shall be scheduled for May 4, 2007 at 10:30 a.m..

SCHUBERT & REED LLP

Dated:  February 8, 2007

By:  _____/s/_____
Juden Justice Reed
Three Embarcadero Center
Suite 1660
San Francisco, CA 94111
Tel. (415) 788-4220

*Attorneys for Plaintiff Edwin D. Wright*

MORGAN, LEWIS & BOCKIUS LLP

Dated:  February 8, 2007

By:  _____/s/_____
Robert A. Particelli
1701 Market Street
Philadelphia, PA 19103

*Attorneys for Defendant
Hewlett-Packard Company*

2

CASE NO. C-06-04368 (JF)

1 | **IT IS SO ORDERED**

<u>ORDER</u>

Dated: __2/9/__ ____ 2007

_____
Honorable Jeremy Fogel
UNITED STATES DISTRICT COURT

3

CASE NO. C-06-04368 (JF)