ROBERT A. PARTICELLI
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000
Facsimile: 215.963.5001
E-mail: mholston@morganlewis.com
E-mail: rparticelli@morganlewis.com

HOWARD HOLDERNESS
THOMAS R. GREEN
**MORGAN, LEWIS & BOCKIUS LLP**
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
E-mail: hholderness@morganlewis.com
E-mail: tgreen@morganlewis.com

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

ROBERT C. SCHUBERT
JUDEN JUSTICE REED
MIRANDA P. KOLBE
**SCHUBERT & REED LLP**
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: 415.788.4220
Facsimile: 415. 788.0161

**E-filed 5/1/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Edwin D. Wright, On Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Hewlett-Packard Company,<br><br>Defendant. | Case No. C06-04368<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   May 4, 2007<br>Time:   10:30 a.m.<br>Judge:  Honorable Jeremy Fogel<br>Dept:   Courtroom 3<br>Trial Date: Not Yet Set |

The parties, by and through their undersigned counsel, jointly submit this Case Management Statement in anticipation of the case management conference scheduled for May 4, 2007 at 10:30 a.m., in Courtroom 3, 5th Floor before the Honorable Judge Jeremy Fogel.

CASE NO. C-06-04368 (JF)

1.     The parties attended mediation before Antonio Piazza on April 18, 2007. As a result of the mediation, the parties have entered into a Memorandum of Understanding, agreeing to a settlement of this action on behalf of a nationwide class of purchasers of the PCs. The Memorandum of Understanding is attached hereto as Exhibit A.

2.     As set forth in the Memorandum of Understanding, the parties anticipate filing a settlement agreement and motion for preliminary approval of a classwide settlement on or before July 2, 2007.

3.     The parties propose that another case management conference should be held on or after July 15, 2007, at which time the Court may hear the motion for preliminary approval.

Dated: April 27, 2007                                   MORGAN, LEWIS & BOCKIUS LLP


                                                        By: /s/Robert A. Particelli
                                                            Robert A. Particelli
                                                            Thomas R. Green
                                                            Attorneys for Defendant
                                                            HEWLETT-PACKARD COMPANY



                                                        SCHUBERT & REED LLP


                                                        By: /s/Miranda P. Kolbe
                                                            Robert C. Schubert
                                                            Juden Justice Reed
                                                            Miranda P. Kolbe
                                                            Attorneys for Plaintiff
                                                            EDWIN D. WRIGHT

The Case Management Conference is rescheduled for Friday, July 20, 2007 at 10:30 AM.

IT IS SO ORDERED.  5/1/07                               Judge Jeremy Fogel, US District Court

2

CASE NO. C-06-04368 (JF)