**\*\*E-filed 9/4/07\*\***

1

ROBERT A. PARTICELLI
**MORGAN, LEWIS & BOCKIUS LLP**

2

1701 Market Street
Philadelphia, PA 19103
Telephone: 215.963.5000

3

Facsimile: 215.963.5001
E-mail: rparticelli@morganlewis.com

4

5

Attorneys for Defendant
Hewlett-Packard Company

6

7

JUDEN JUSTICE REED
WILLEM F. JONCKHEER
**SCHUBERT & REED LLP**

8

Three Embarcadero Center, Suite 1650
San Francisco, CA 94111

9

Telephone: 415.788.4220

10

Facsimile: 415. 788.0161

11

Attorneys for Plaintiff
Edwin D. Wright

12

13

14

**UNITED STATES DISTRICT COURT**

15

**NORTHERN DISTRICT OF CALIFORNIA**

16

**SAN JOSE DIVISION**

17

Edwin D. Wright, On Behalf of
Themselves and all Others Similarly

18

Situated,

19

Plaintiff,

20

vs.

21

Hewlett-Packard Company,

22

Defendant.

23

Case No. C06-04368 (JF)

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Judge:      Honorable Jeremy Fogel
Dept:        Courtroom 3

Trial Date:  Not Yet Set

24

WHEREAS, the parties are currently negotiating regarding an agreement to settle the

25

above-entitled putative class action litigation;

26

WHEREAS, the parties have met and conferred and are in agreement that the interests of

27

judicial economy would be served by deferring the Case Management Conference, currently

28

CASE NO. C-06-04368 (JF)

scheduled for September 7, 2007, until they have been able to finalize an agreement to settle this action;

  IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the Case Management Conference shall be continued until November 2, 2007 at 10:30 a.m.

Dated: August 28, 2007        MORGAN, LEWIS & BOCKIUS LLP


                 By: /s/Robert A. Particelli
                   Robert A. Particelli
                   Attorneys for Defendant
                   HEWLETT-PACKARD COMPANY



                SCHUBERT & REED LLP


                 By: /s/Willem F. Jonckheer
                   Juden Justice Reed
                   Willem F. Jonckheer
                   Attorneys for Plaintiff
                   EDWIN D. WRIGHT

2

CASE NO. C-06-04368 (JF)

## [~~PROPOSED~~] ORDER

Good cause appearing, and based on the stipulation of the parties set forth in the above Stipulation, **IT IS HEREBY ORDERED** that the above stipulation is entered by this Court.

DATED:  _____8/31/07_____ , 2007          _____

                                          HON. JEREMY FOGEL
                                          U.S. DISTRICT COURT JUDGE

3

CASE NO. C-06-04368 (JF)