**\*\*E-filed 10/16/07\*\***

1  ROBERT A. PARTICELLI
   **MORGAN, LEWIS & BOCKIUS LLP**
2  1701 Market Street
   Philadelphia, PA 19103
3  Telephone: 215.963.5000
   Facsimile: 215.963.5001
4  E-mail: rparticelli@morganlewis.com

5  Attorneys for Defendant
   Hewlett-Packard Company
6
7  JUDEN JUSTICE REED
   MIRANDA P. KOLBE
8  **SCHUBERT & REED LLP**
   Three Embarcadero Center, Suite 1650
9  San Francisco, CA 94111
   Telephone: 415.788.4220
10 Facsimile: 415. 788.0161

11 Attorneys for Plaintiff
   Edwin D. Wright
12

13

14                 **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16                        **SAN JOSE DIVISION**

17 | Edwin D. Wright, On Behalf of          | Case No. C06-04368 (JF)
   | Themselves and all Others Similarly    |
18 | Situated,                              | **JOINT STIPULATION AND [PROPOSED]**
   |                                        | **ORDER RE SCHEDULING HEARING**
19 |                    Plaintiff,          | **REGARDING PRELIMINARY**
   |                                        | **APPROVAL MOTION AND CASE**
20 |         vs.                            | **MANAGEMENT CONFERENCE**

21 | Hewlett-Packard Company,               | Judge:   Honorable Jeremy Fogel
   |                                        | Dept:    Courtroom 3
22 |
23 |                    Defendant.          | Trial Date:  Not Yet Set

24

25

26         WHEREAS, the parties have met and conferred and are in agreement that plaintiff's

27  Motion for Preliminary Approval of Class Action Settlement and Conditional Certification of

28

   CASE NO. C-06-04368 (JF)

1   Settlement Class, originally noticed to be heard on November 2, 2007 at 10:30 a.m., will be heard
2   on December 14, 2007 at 9:00 a.m. in the above-referenced court;
3       WHEREAS, the parties have met and conferred and are in agreement that the interests of
4   judicial economy would be served by deferring the Case Management Conference, currently
5   scheduled for November 2, 2007 at 10:30 a.m., until December 14, 2007;
6       IT IS THEREFORE STIPULATED AND AGREED, by and between the undersigned,
7   subject to approval of the Court, that the Preliminary Approval Motion and the Case Management
8   Conference shall be continued until December 14, 2007 at 9:00 a.m.

10  Dated: October 15, 2007                    MORGAN, LEWIS & BOCKIUS LLP

13                                             By: /s/Robert A. Particelli
                                                  Robert A. Particelli
14                                                Attorneys for Defendant
                                                  HEWLETT-PACKARD COMPANY

17                                             SCHUBERT & REED LLP

19                                             By: /s/Miranda P. Kolbe
                                                  Juden Justice Reed
20                                                Attorneys for Plaintiff
                                                  EDWIN D. WRIGHT

                                            2
28

CASE NO. C-06-04368 (JF)

## [PROPOSED] ORDER

Good cause appearing, and based on the stipulation of the parties set forth in the above Stipulation, **IT IS HEREBY ORDERED** that the above stipulation is entered by this Court.


DATED:   ___10/15/07___, 2007

_____
HON. JEREMY FOGEL
U.S. DISTRICT COURT JUDGE

3

CASE NO. C-06-04368 (JF)