**E-Filed 12/14/07**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EDWIN WRIGHT, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>    v.<br><br>HEWLETT PACKARD COMPANY,<br><br>                  Defendant. | Case Number C 06-4368 JF (HRL)<br><br>ORDER[1] GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>[re: docket no. 31] |

      Robert A. Particelli applies to the Court for admission to appear on behalf of Defendant in the instant action *pro hac vice* pursuant to Civil Local Rule 11-3. An attorney who is not a member of the bar of this Court may apply to appear *pro hac vice* in a particular action in this district by filing a written application on oath certifying the following:

    (1) That he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, specifying such bar;
    (2) That he or she agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and

---

[1] This disposition is not designated for publication and may not be cited.

Alternative Dispute Resolution Programs of this Court;
(3) That an attorney, identified by name, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel.

Civil Local Rule 11-3.  Each attorney requesting to be admitted to practice under Civil L.R. 11-3 must pay to the Clerk a fee in an amount to be set by the Court. *Id.*

Mr. Particelli's application on oath states that: he is a member in good standing of the bar of the Commonwealth of Pennsylvania; he agrees to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court; and that Thomas R. Green, a member of the bar of this Court in good standing who maintains an office in San Francisco, California, will be co-counsel.  Accordingly, the Court will admit Mr. Particelli *pro hac vice*.

Good cause therefore appearing, IT IS HEREBY ORDERED that Mr. Particelli's application is GRANTED.

DATED: December 14, 2007

_____
JEREMY FOGEL
United States District Judge

1  
2  This Order was served on the following persons:

3  Juden Justice Reed           jreed@schubert-reed.com

4  Howard Holderness, III       hholderness@morganlewis.com

5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

3

Case No. CV 06-4368 JF (HRL)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(JFEX2)